CATHERINE UNDERHILL and Another, as Administratrices, etc., of EDWARD UNDERHILL, Deceased, Respondents, v. THE LONG ISLAND RAILROAD COMPANY, Appellant, and PENNSYLVANIA RAILROAD COMPANY, Defendant.— In an action by the plaintiffs to recover damages for personal injuries resulting in the death

of their intestate, caused by the defendant, appellant, his employer, a common carrier engaged in commerce between the different States of the United States of America, judgment in favor of plaintiffs and order denying defendant's [appellant's] motion to set aside the verdict and grant a new trial unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.